**Robert Louis WILSON, Plaintiff–Appellant,**

v.

**MONONGALIA COUNTY JAIL NURSE; Monongalia County Jail; Tony Barill, Sheriff; Tammy Belldina, Jail Administrator; Doug Church, Correctional Officer; Carl Morton, Correctional Officer; Peggy Gale, Correctional Officer; Mike Forbes, Correctional Officer; Dana Stockett, Correctional Officer; Missy Lowe, Correctional Officer; Jason Duesenberry, Correctional Officer; Dee Henderson, Correctional Officer; Larry Stump, Correctional Officer, Defendants–Appellees.**

No. 00–7712.

United States Court of Appeals, Fourth Circuit.

Submitted June 26, 2001.

Decided Aug. 14, 2001.

Robert Louis Wilson, pro se.

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

PER CURIAM.

Robert Louis Wilson appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly we affirm on the reasoning of the district court. *See Wilson v. Monongalia Cnty Jail Nurse,* No. CA–00–153–1 (N.D.W.Va. Nov. 14, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*